**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| MICHAEL R. HOCKLESS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:26-CV-23 |
| | § | |
| JEFFERSON COUNTY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, Michael R. Hockless, a former pretrial detainee at the Jefferson County Correctional Facility, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Jefferson County and Keefe Commissary Network.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On July 8, 2026, the magistrate judge recommended dismissing this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (#8). No Objections to the Report and Recommendation have been filed to date.[1]

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

---

1 A copy of the Report and Recommendation was returned as undeliverable with the notation that Plaintiff was "released or no longer at facility" (#9).

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#8) is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the magistrate judge.

SIGNED at Beaumont, Texas, this 4th day of August, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE